UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-22692-UU

ARNALDO GONZALEZ,

    Plaintiff,

v.

ECO WINDOW SYSTEMS, LLC, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion for Fairness Review and for Dismissal with Prejudice (D.E. 43).

THE COURT has considered the Motion and the pertinent portions of the record, the terms of the settlement agreement, and is otherwise fully advised in the premises. The Court finds that the settlement is a fair and reasonable arm's-length agreement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is hereby

ORDERED AND ADJUDGED that Joint Motion for Fairness Review and for Dismissal with Prejudice (D.E. 43) is GRANTED. However, the Court will not enforce the confidentiality provision because it is contrary to public policy. All pending claims are DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 23d\_\_ day of February, 2018.

                                                                       _____

                                                                       UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf